ROBERT E. WILSON, III, Respondent, v DANIEL VALENTE DANTAS et al., Appellants, et al., Defendants.

Submitted March 14, 2016; decided March 29, 2016

Motion by respondent to strike appellants' brief on appeal denied. Motion by respondent for reargument of motion to dismiss appeal denied [*see* 26 NY3d 1077 (2015)]. Motion by appellants for a stay denied.

AMBAC ASSURANCE CORPORATION et al., Appellants, v COUNTRY-WIDE HOME LOANS, INC., et al., Defendants, and BANK OF AMERICA CORP., Respondent.

Submitted March 28, 2016; decided March 31, 2016

Motion by New York State Academy of Trial Lawyers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DIFIORE taking no part.

AMBAC ASSURANCE CORPORATION et al., Appellants, v COUNTRY-WIDE HOME LOANS, INC., et al., Defendants, and BANK OF AMERICA CORP., Respondent.

Submitted March 28, 2016; decided March 31, 2016

Motion by Chamber of Commerce of the United States of America et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DIFIORE taking no part.